# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAVID A. CROCKER,

          Petitioner

          v.

WORKERS' COMPENSATION APPEAL
BOARD (DIXIE CONSUMER
PRODUCTS, LLC),

          Respondent

: No. 341 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.